UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABRAHAM PEREZ-HENRIQUEZ.
    Petitioner,

    V.                    CIVIL ACTION NO. 04-10262-DPW

MICHAEL GARCIA, Assistant
Secretary of the Bureau of
Immigration and Customs
Enforcement,
    Respondent

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued February 11, 2004, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                              BY THE COURT,

                                              /s/ Rebecca Greenberg
                                              Deputy Clerk

DATED: February 11, 2004